**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7322**

ANDRE K. WATERS,

              Petitioner - Appellant,

        v.

UNITED STATES OF AMERICA; TERRY O'BRIEN, Warden,

              Respondents - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District
Judge.  (7:08-cv-00555-gec-mfu)

Submitted:  February 25, 2010          Decided:  March 3, 2010

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Andre K. Waters, Appellant Pro Se.  Sara Bugbee Winn, OFFICE OF
THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre K. Waters, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Waters v. United States, No. 7:08-cv-00555-gec-mfu (W.D. Va. July 9, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED